**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| CATHIE SIMMONS | PLAINTIFF |
| v. No. 4:11CV00617 JLH | |
| DEPARTMENT OF VETERANS AFFAIRS | DEFENDANT |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

DATED this 16th day of July, 2012.

_/s/ J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE